UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS HALLORAN, :
:
    Plaintiff, : Civil Action No. 3:17-CV-11
:
  v. :
:
NANCY A. BERRYHILL, : (Judge Richard P. Conaboy)
Acting Commissioner of :
Social Security, :
:
    Defendant. :
:

FILED
SCRANTON
JAN - 4 2018
PER _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS** \_\_\_\_4th\_\_\_\_ **DAY OF JANUARY 2018**, upon consideration of Defendant's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 28) to which Plaintiff has not filed any opposition, it is hereby ordered that Defendant's Motion is **GRANTED**.

The Court's Order of November 21, 2017 (Doc. 26) is hereby **AMENDED**. The Acting Commissioner's decision is reversed and this matter is remanded for further evaluation of Plaintiff's impairments at step three of the sequential evaluation process and, if warranted, further consideration of the weight assigned Dr. Gryzcko's opinion in determining Plaintiff's residual functional capacity.

                                                /s/ Richard P. Conaboy
                                              RICHARD P. CONABOY
                                              United States District Judge